IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Guzman, Jaime

Printed: 11/11/08

Case Number: 08 B 15919
Judge: Hollis, Pamela S
Filed: 6/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 0.00 |
| 2. | American General Finance | Secured | 10,342.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 13,694.26 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 599.00 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 567.37 | 0.00 |
| 6. | Account Recovery Service | Unsecured | | No Claim Filed |
| 7. | Comcast | Unsecured | | No Claim Filed |
| 8. | Professional Account Management | Unsecured | | No Claim Filed |
| 9. | Sprint | Unsecured | | No Claim Filed |
| 10. | Rickenbacker Group | Unsecured | | No Claim Filed |
| 11. | Rauch-Milliken International Inc | Unsecured | | No Claim Filed |
| 12. | Universal Casualty Co | Unsecured | | No Claim Filed |
| 13. | Superior Asset Management | Unsecured | | No Claim Filed |
| | | | $ 29,026.63 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Guzman, Jaime | Case Number:  08 B 15919 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/11/08 | Filed:  6/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

